D|f

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKET STREET SECURITIES, INC., | Case Number: 05-cv-6053 (ADS) (ETB) |
| Plaintiff, | |
| v. | |
| CHARLES F. DOLAN, JAMES L. DOLAN, PATRICK F. DOLAN, MARIANNE DOLAN WEBER, RAND V. ARASKOG, FRANK J. BIONDI, CHARLES D. FERRIS, RICHARD H. HOCHMAN, VICTOR ORISTANO, THOMAS V. REIFENHEISER, JOHN R. RYAN, BRIAN G. SWEENEY, VINCENT TESE, and LEONARD TOW, | FILED IN CLERK'S OFFICE U S DISTRICT COURT E.D.N.Y ★ APR 10 2006 ★ LONG ISLAND OFFICE |
| Defendants, | |
| and | |
| CABLEVISION SYSTEMS CORPORATION, | |
| Nominal Defendant. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Market Street Securities, Inc., Defendants Charles F. Dolan, James L. Dolan, Patrick F. Dolan, Marianne Dolan Weber, Rand V. Araskog, Frank J. Biondi, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Thomas V. Reifenheiser, John R. Ryan, Brian G. Sweeney, Vincent Tese, and Leonard Tow, and Nominal Defendant Cablevision Systems Corporation ("Defendants"), that:

WHEREAS, plaintiffs William Simon, Rosemary Stumpf, BG Partners LLP, Robert Kemp, Murray Wilson and defendants Charles F. Dolan, James L. Dolan, Marianne Dolan

Weber, Patrick F. Dolan, Brian G. Sweeney, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Thomas V. Reifenheiser, Vice Admiral John R. Ryan USN (Ret.), Vincent Tese, Rand V. Araskog, Frank J. Biondi, John C. Malone, Leonard Tow, Thomas C. Dolan, Kathleen M. Dolan, Helen A. Dolan, Deborah A. Dolan-Sweeney, Lawrence J. Dolan, David M. Dolan, Paul J. Dolan, Matthew J. Dolan, Mary S. Dolan and Dolan Family LLC, and Cablevision Systems Corp. in <u>In re Cablevision Systems Corporation Shareholders Litigation</u>, Index No. 05-009752, have filed an action in the Supreme Court of the State of New York, Nassau County (the "Nassau County Action") that raises claims that are substantially similar to the claims raised in this action.

WHEREAS, the parties to the Nassau County Action have agreed in principle to settle the Nassau County Action and such a settlement, if approved by the court, would result in, among other things, the release of all claims made in this action;

WHEREAS, plaintiff Market Street Securities, Inc. has participated in discussions, negotiations, and the process leading up to the settlement of the Nassau County Action and supports the settlement of the Nassau County Action;

NOW THEREFORE it is stipulated and agreed that this action be stayed pending the settlement of the Nassau County Action and entry of an order approving the settlement of the Nassau County Action. The parties to this action shall notify the Court within ten (10) days after being notified of the entry of such an order. ; and it is further

ORDERED, that this matter is scheduled for a status conference in courtroom 1020, Long Island Federal Courthouse, Central Islip, New York, on July 6, 2006 at 9:00 am.

2

Dated: April 10, 2006

SULLIVAN & CROMWELL LLP

By: /s/ _____
   Gandolfo V. DiBlasi (GD-5913)
   125 Broad Street
   New York, New York 10004
   (212) 558-4000

Attorneys for Rand V. Araskog, Frank J. Biondi, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Vincent Tese, and Cablevision Systems Corporation

WILLKIE FARR & GALLAGHER LLP

By: /s/ _____
   Joseph T. Baio (JB-0094)
   787 7th Avenue
   New York, New York 10022
   (212) 728-8000

Attorneys for Thomas V. Reifenheiser and Vice Admiral (Ret.) John R. Ryan

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: /s/ _____
   Gregory Mark Nespole (GN-6820)
   270 Madison Avenue
   New York, New York 10016
   (212) 545-4657

Attorneys for Market Street Securities, Inc.

DEBEVOISE & PLIMPTON LLP

By: /s/ _____
   John H. Hall (JH-1884)
   919 Third Avenue
   New York, New York 10022
   (212) 909-6000

Attorneys for Charles F. Dolan, James L. Dolan, Patrick F. Dolan, Marianne Dolan Weber, and Brian G. Sweeney

IT IS SO ORDERED.

Dated: April 10, 2006

_____
Hon. Arthur D. Spatt
United States District Judge

4/11/06

3