UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARKET STREET SECURITIES, INC. | : | |
|  | : | Civil Action No.: 05-cv-6053-ADS-ETB |
| Plaintiff, | : | |
| -against- | : | |
| CHARLES F. DOLAN, JAMES L. DOLAN, PATRICK F. DOLAN, MARIANNE DOLAN WEBER, RAND V. ARASKOG, FRANK J. BIONDI, CHARLES D. FERRIS, RICHARD H. HOCHMAN, VICTOR ORISTANO, THOMAS V. REIFENHEISER, JOHN R. RYAN, BRIAN G. SWEENEY, VINCENT TESE, and LEONARD TOW, | : | |
| Defendants, | : | |
| and | : | |
| CABLEVISION SYSTEMS CORPORATION | : | |
| Nominal Defendant. | : | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Market Street Securities, Inc., Defendants Charles F. Dolan, James L. Dolan, Patrick F. Dolan, Marianne Dolan Weber, Rand V. Araskog, Frank J. Biondi, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Thomas V. Reifenheiser, John R. Ryan, Brian G. Sweeney, Vincent Tese, Leonard Tow, and Nominal Defendant Cablevision Systems Corporation ("Defendants"), that:

22369857v2

WHEREAS, plaintiffs William Simon, Rosemarie Stumpf, BG Partners LLP, Robert Kemp, and Murray Wilson filed an action in the Supreme Court of the State of New York, Nassau County, In re Cablevision Systems Corporation Shareholders Litigation, Index No. 05-9752 (the "Nassau County Action"), which raised claims that are substantially similar to the claims raised in this action;

WHEREAS, the parties to the Nassau County Action reached a court-approved settlement and, pursuant to the Final Order and Judgment Approving Settlement and Awarding Fees and Expenses dated January 5, 2007, all claims in this action are released and forever discharged;

WHEREAS, plaintiff Market Street Securities, Inc. participated in the process, discussions, and negotiations resulting in the settlement of the Nassau County Action and supported the settlement in the Nassau County Action;

NOW THEREFORE it is stipulated and agreed that this action be dismissed with prejudice in its entirety against the defendants named herein, with each party to bear his, her or its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

22369857v2

Dated: New York, New York
      January 16, 2007

| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: /s/ Gregory Mark Nespole<br>Gregory Mark Nespole (GN-6820)<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4657 | By: /s/ John H. Hall<br>John H. Hall (JH-1884)<br>Caroline H. Moustakis (CM-9270)<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 |
| Attorneys for Market Street Securities, Inc. | Attorneys for Charles F. Dolan, James L. Dolan, Patrick F. Dolan, Marianne Dolan Weber, and Brian G. Sweeney |
| SULLIVAN & CROMWELL LLP | WILLKIE FARR & GALLAGHER LLP |
| By: /s/ Gandolfo V. DiBlasi<br>Gandolfo V. DiBlasi (GD-5913)<br>Marc De Leeuw (MD-2166)<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | By: /s/ Lawrence O. Kamin<br>Joseph T. Baio (JB-0094)<br>Lawrence O. Kamin (LK-8422)<br>787 7th Avenue<br>New York, New York 10022<br>(212) 728-8000 |
| Attorneys for Rand V. Araskog, Frank J. Biondi, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Vincent Tese, and Cablevision Systems Corporation | Attorneys for Thomas V. Reifenheiser and Vice Admiral (Ret.) John R. Ryan |

SO ORDERED:

Dated: January ___, 2007

    _____
    Hon. Arthur D. Spatt
    United States District Judge

22369857v2