# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKET STREET SECURITIES, INC. | |
| Plaintiff, | Civil Action No.: 05-cv-6053-ADS-ETB |
| -against- | |
| CHARLES F. DOLAN, JAMES L. DOLAN, PATRICK F. DOLAN, MARIANNE DOLAN WEBER, RAND V. ARASKOG, FRANK J. BIONDI, CHARLES D. FERRIS, RICHARD H. HOCHMAN, VICTOR ORISTANO, THOMAS V. REIFENHEISER, JOHN R. RYAN, BRIAN G. SWEENEY, VINCENT TESE, and LEONARD TOW, | U.S DISTRICT COURT E.D.N.Y<br><br>★  JAN 17 2007  ★<br><br>LONG ISLAND OFFICE |
| Defendants, | |
| and | |
| CABLEVISION SYSTEMS CORPORATION | |
| Nominal Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Market Street Securities, Inc., Defendants Charles F. Dolan, James L. Dolan, Patrick F. Dolan, Marianne Dolan Weber, Rand V. Araskog, Frank J. Biondi, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Thomas V. Reifenheiser, John R. Ryan, Brian G. Sweeney, Vincent Tese, Leonard Tow, and Nominal Defendant Cablevision Systems Corporation ("Defendants"), that:

22369857v2

-2-

WHEREAS, plaintiffs William Simon, Rosemarie Stumpf, BG Partners LLP, Robert Kemp, and Murray Wilson filed an action in the Supreme Court of the State of New York, Nassau County, <u>In re Cablevision Systems Corporation Shareholders Litigation</u>, Index No. 05-9752 (the "Nassau County Action"), which raised claims that are substantially similar to the claims raised in this action;

WHEREAS, the parties to the Nassau County Action reached a court-approved settlement and, pursuant to the Final Order and Judgment Approving Settlement and Awarding Fees and Expenses dated January 5, 2007, all claims in this action are released and forever discharged;

WHEREAS, plaintiff Market Street Securities, Inc. participated in the process, discussions, and negotiations resulting in the settlement of the Nassau County Action and supported the settlement in the Nassau County Action;

NOW THEREFORE it is stipulated and agreed that this action be dismissed with prejudice in its entirety against the defendants named herein, with each party to bear his, her or its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

22369857v2

Dated: New York, New York
       January 16, 2007

| | |
|---|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | DEBEVOISE & PLIMPTON LLP |

By: /s/ Gregory Mark Nespole
    Gregory Mark Nespole (GN-6820)
    270 Madison Avenue
    New York, New York 10016
    (212) 545-4657

Attorneys for Market Street Securities, Inc.

By: /s/ John H. Hall
    John H. Hall (JH-1884)
    Caroline H. Moustakis (CM-9270)
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

Attorneys for Charles F. Dolan, James L. Dolan, Patrick F. Dolan, Marianne Dolan Weber, and Brian G. Sweeney

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | WILLKIE FARR & GALLAGHER LLP |

By: /s/ Gandolfo V. DiBlasi
    Gandolfo V. DiBlasi (GD-5913)
    Marc De Leeuw (MD-2166)
    125 Broad Street
    New York, New York 10004
    (212) 558-4000

Attorneys for Rand V. Araskog, Frank J. Biondi, Charles D. Ferris, Richard H. Hochman, Victor Oristano, Vincent Tese, and Cablevision Systems Corporation

By: /s/ Lawrence O. Kamin
    Joseph T. Baio (JB-0094)
    Lawrence O. Kamin (LK-8422)
    787 7th Avenue
    New York, New York 10022
    (212) 728-8000

Attorneys for Thomas V. Reifenheiser and Vice Admiral (Ret.) John R. Ryan

Case Closed
SO ORDERED:

Dated: January 17, 2007

Plaintiff's COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.

Hon. Arthur D. Spatt
United States District Judge

22369857v2